IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bell, Margaret

Printed: 03/17/09

Case Number: 08 B 05001
Judge: Squires, John H
Filed: 3/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 4, 2009
Confirmed: April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,057.00 |  |
| Secured: |  | 30.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,892.34 |
| Trustee Fee: |  | 134.66 |
| Other Funds: |  | 0.00 |
| Totals: | 2,057.00 | 2,057.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,486.50 | 1,892.34 |
| 2. | City Of Chicago | Secured | 130.00 | 30.00 |
| 3. | America's Servicing Co | Secured | 5,000.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 89.50 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 59.50 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 74.70 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 8. | AT&T | Unsecured |  | No Claim Filed |
| 9. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
| 10. | Windy City Emergency Physicians | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,840.20 | $ 1,922.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 72.95 |
| 6.6% | 61.71 |
|  | $ 134.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bell, Margaret | Case Number:  08 B 05001 |
| | Judge:  Squires, John H |
| Printed: 03/17/09 | Filed:  3/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                         Marilyn O. Marshall, Trustee, by:

*[signature]*